In the Matter of the Application of the Brooklyn Bar Association to Punish Benjamin F. Chadsey, an Attorney.— Ordered that he be removed from the

office of attorney and counselor at law, and his name stricken from the roll.
Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Frank L. Froment and Another, etc.—
Order resettled, so as to grant costs of the appeal as well as costs on the dismissal
of the proceeding.   Present — Hirschberg, P. J., Woodward, Gaynor, Rich and
Miller, JJ.